UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES PATRICK STELL,<br><br>Defendant(s). | Case No. 1:17-cr-00068- BLW<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on September 6, 2017, this Court entered a Preliminary Order of Forfeiture (Dkt. 25), pursuant to the provisions of 18 U.S.C. § 924(d) (made applicable pursuant to 28 U.S.C. § 2461(c)), and based upon the Rule 11 Plea Agreement of JAMES PATRICK STELL (Dkt. 17), filed in the above case on July 20, 2017;

WHEREAS, the United States caused notice of the above-referenced forfeiture order to be published and sent in accordance with the requirements of Federal Rule of Criminal Procedure 32.2(b)(6), including publication on an official government internet site (www.forfeiture.gov) as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, as required by Rule 32.2(b)(6)(C);

AND WHEREAS, no claims were filed.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that the Motion for Final Order of Forfeiture (Dkt. 37) is GRANTED. The Court further directs the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and/or its agents to

FINAL ORDER OF FORFEITURE - 1

forthwith seize all of the forfeited properties, not heretofore seized, which are described below.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED:

That the right, title and interest to the hereinafter described property is hereby condemned, forfeited and vested in the United States of America and that no claim of interest in said property shall exist in any other person or entity, and that said property shall be disposed of according to law:

**Firearms and Ammunition associated therewith:**

1. A Browning Arms Company, Model Buck Mark, .22 long rifle caliber pistol, bearing serial number 515MY02799;
2. Nine (9) rounds of Remington ammunition; and
3. All other associated ammunition, magazines, and attachments.

IT IS FURTHER ORDERED that all parties herein shall bear their own costs and fees.

DATED: February 22, 2018

B. Lynn Winmill
Chief Judge
United States District Court